

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED

APR 0 8 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

| | | |
|---|---|---|
| GREG ABBOTT, | § | |
| Office of the Attorney General, | § | |
| State of Texas, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. W-08-CA-010 |
| | § | |
| DANIEL SIMON, | § | |
|     Defendant | § | |
| | § | |
| v. | § | |
| | § | |
| BARBARA CASEBOLT, DON | § | |
| HIGGINBOTHAM, JOHN MCMASTER, | § | |
| and MICHAEL LEVITT, | § | |
|     Third Party Defendants. | § | |

## O R D E R

Came on this date to be considered the Emergency Motion to Modify Order

Sanctioning Lincoln filed by Shelley Thompson, who is the Plaintiff in Civil Action No.

SA-08-CA-0105 filed in the San Antonio Division of the Western District of Texas.

Having reviewed the motion, the Court is persuaded it is meritorious and should be

granted. Accordingly, it is

**ORDERED** that the Order of Sanctions previously entered in this case against Daniel Simon and Charles Lincoln is amended to reflect that Case No. SA-08-CA-0105 should be remanded to state court rather than dismissed. It is further

**ORDERED** that any additional suits removed to any federal court in the Western District of Texas by Daniel Simon and/or Charles Lincoln should be remanded to the state court from whence they were removed rather than dismissed.

The Clerk of the Court is directed to forward a copy of this Order to all Clerk's Offices in the Western District of Texas and to the Clerks of the Court for the Northern, Eastern, and Southern Districts of Texas.

**SIGNED** this _7_ day of April, 2008.


_____
**WALTER S. SMITH, JR.**
**Chief United States District Judge**

2