AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
APR 21 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SHELLEY THOMSON

v.

CHARLES EDWARD LINCOLN, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   SA-08-CA-105-FB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to this Court's Order of remand, this case is remanded to the 274th Judicial District in Comal County, TX.

_____

April 21, 2008                                                     WILLIAM G. PUTNICKI
Date                                                                        Clerk

                                                                              _____
                                                                              (By) Deputy Clerk