United States District Court
for the Western District of Texas
San Antonio Division

FILED
JAN 15 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Shelley Thomson § 
 § 
v. § Civil Action No. SA-08CV105-FB
 § 
Charles Lincoln, § 
Peyton Yates Freiman, and § 
Tierra Limpia Foundation / Tierra Limpia Trust § 

## Motion to Remove David Sibley as Plaintiff's Attorney of Record

Shelley Thomson moves the court to remove David Sibley as Plaintiff's attorney of record.

I.

Thomson and Sibley have had differences of opinion concerning the conduct of the case.

II.

In April of 2008 David Sibley filed a motion in 2009-0119C requesting permission to withdraw, citing strategic disagreements with Thomson. On May 13, 2008 this motion was granted (see Exhibit A).

III.

In order to expedite the conduct of SA-08CV105-FB Movant asks that Mr. Sibley be removed as Plaintiff's attorney of record, and requests that Shelley Thomson be permitted to proceed in propria persona.

Respectfully submitted this 13th day of January, 2009

*Shelley Thomson*

Shelley Thomson, *in propria persona*
1551 N. Walnut, Suite 13, #169
New Braunfels, TX 78130
830-627-9272
sthomson @ spinn.net

SHELLEY S. THOMSON appeared in person before me on this 13th day of January, 2009, to affirm and execute the above and foregoing document under oath, acknowledging it as her competent and legally binding instrument and legal act.



KATRINA M. MARTIN
MY COMMISSION EXPIRES
March 23, 2012

Notary Public, State of Texas, County of Comal

Printed name of Notary: *Katrina Martin*

My commission expires: *March 23, 2012*

# EXHIBIT A

No. 2008-119-C

Shelley Thomson

v.

Charles Lincoln
Peyton Yates

District Court

274th District

Comal County, Texas

## Order Allowing Withdraw

The Court allows David Sibley to withdraw from representing Shelley Thomson. Shelley Thomson's Motion for Sanctions and Motion for Permanent Injunction is denied.

Signed this 13 day of May, 2008

_____
Judge Presiding

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped hereon.

Kathy H. Faulkner
Comal County
District Clerk
By: _____
1-12-09

CERTIFIED TO BE A TRUE AND CORRECT COPY.
KATHY H. FAULKNER
COMAL COUNTY
1 of 1

FILED FOR RECORD
MAY 13 2008
KATHY H. FAULKNER
Clerk District Court, Comal County, TX.
By: _____ Deputy

2

THOMSON
1551 N. WALNUT
Suite 13, #169
New Braunfels, TX 78130

RECEIVED
JAN 15 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

U.S. DISTRICT COURT CLERK
John H. Wood, Jr.
Room G-65
655 East Durango Blvd.
San Antonio, TX 78206-1106

UNITED STATES POSTAGE
02 1P
0004424887   JAN 14 2009
$ 000.42
PITNEY BOWES
MAILED FROM ZIP CODE 78130